

372 South Plank Road, Suite 2
Newburgh, New York 12550
Main: (845) 534-6472
Fax: (845) 579-3064
www.jrgoldmanlaw.com

Jonathan R. Goldman, Esq.
Direct Ext: 1001
Email: jgoldman@jrgoldmanlaw.com

**VIA ECF**

April 15, 2025

Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *Cowart, et al. v. County of Orange, et al.*
     No. 23-cv-09412 (CS)

> Plaintiffs' opposition to be served by April 25, 2025. Reply to be served, and all papers to be filed, by May 16, 2025.
>
> 4/15/2025
>
> SO ORDERED.
>
> /s/ Cathy Seibel
> CATHY SEIBEL, U.S.D.J.

Dear Judge Seibel,

      This office represents the plaintiffs in the above-referenced matter. Plaintiffs' opposition to defendants' summary judgment is presently due to be served on April 18, 2025, with defendants' reply to be served, and all papers e-filed, on May 2, 2025. With consent of opposing counsel, I write to respectfully request that the deadline for plaintiffs' opposition be extended by one week, to and including April 25, 2025. The reason for this request is that the press of other work has delayed my ability to complete plaintiffs' opposition by the current deadline. This is plaintiff's first request for an extension; defendants had sought and obtained an extension of their time to initially file their motion. Given their counsel's schedule, defendants ask that the deadline for their reply be extended to May 16, 2025, which would also be the date all papers are e-filed pursuant to Your Honor's bundling rule.

      We thank the Court kindly for its consideration of this request.

      Respectfully submitted,

      */s/ Jonathan R. Goldman*

      Jonathan R. Goldman, Esq.

cc: All counsel of record (via ECF)