**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OTIS COWART, JR., LARRY BLATT, and
ALFRED POWELL,

                             Plaintiffs,

           -against-                                    23 **CIVIL** 9412 (CS)

                                                **JUDGMENT**

PAUL ARTETA, Individually and In His Official
Capacity as Orange County Sheriff, ORANGE
COUNTY SHERIFF'S OFFICE, and COUNTY OF
ORANGE,

                             Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated September 25, 2025, Defendants' motion for

summary judgment is GRANTED. The § 1983 First Amendment claim is dismissed with

prejudice and the New York Labor Law claim is dismissed without prejudice. Judgment is

entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

        September 26, 2025

                                            **TAMMI M. HELLWIG**
                                      _____
                                          **Clerk of Court**

                        **BY:**          K. Mango

                                        _____
                                          **Deputy Clerk**